IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00076-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELVERT DELON BROWN;
**2. ZBIGNIEW GROT**;
3. GREGORY W. CHMURA; and
4. JOLANTA MOGIELNICKA CHMURA,

    Defendants.

---

## ORDER TO SET TRIAL DATE AND MOTION HEARING

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is ORDERED that the following dates are set <u>contingently upon the arraignments of Defendant Nos. 1, 3 and 4</u>:

1) All pretrial motions shall be filed by **May 1, 2006** and responses to these motions shall be filed by **May 8, 2006**;

2) A one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **May 15, 2006 at 8:30 a.m.**

3) A four-day jury trial is set for **May 22, 2006 at 1:30 p.m.**

Upon government counsel and defense counsel for Defendant Zbigniew Grot informing the Court that they plan to file a Joint Motion for Complexity and request for

ends of justice finding **no later than April 3, 2006,** the Court FURTHER ORDERS that a hearing for argument regarding complexity is set for **April 6, 2006 at 9:00 a.m.**

DATED: March 20, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge