IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00076-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELVERT DELON BROWN;
**2. ZBIGNIEW GROT**;
3. GREGORY W. CHMURA; and
4. JOLANTA MOGIELNICKA CHMURA,

    Defendants.

---

## ORDER TO RESET COMPLEXITY HEARING

---

By telephone conference with chambers on March 21, 2006, counsel for the government and Defendant Zbigniew Grot requested a one-day continuance of the complexity hearing set for April 6, 2006. The Court hereby ORDERS that the April 6, 2006 complexity hearing is RESET to **Friday, April 7, 2006 at 9:30 a.m.**

    DATED: March 21, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge