IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00076-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELVERT DELON BROWN;
**2. ZBIGNIEW GROT**;
3. GREGORY W. CHMURA; and
4. JOLANTA MOGIELNICKA CHMURA,

    Defendants.

---

**ORDER TO RESET COMPLEXITY HEARING AND
TO HEAR ARGUMENT ON MOTION TO CHANGE BOND**

---

This matter is before the Court *sua sponte*. The complexity hearing currently set for April 7, 2006 is RESET to **Wednesday, April 5, 2006 at 9:00 a.m.** It is

FURTHER ORDERED that Defendant Grot's Unopposed Motion to Change Bond will be addressed at the complexity hearing.

DATED: April 4, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge