IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00076-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELBERT DELON BROWN;
2. **ZBIGNIEW GROT**;
3. GREGORY W. CHMURA; and
4. JOLANTA MOGIELNICKA CHMURA,

    Defendants.

---

**ORDER RESETTING CHANGE OF PLEA HEARING**

---

Pursuant to a telephone conference with government and defense counsel on July 10, 2006, the change of plea hearing on behalf of Defendant Zbigniew Grot currently set for July 14, 2006 is RESET to **Friday, July 21, 2006 at 1:30 p.m. Courtesy copies of the defendant's statement and plea agreement shall be delivered to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on July 19, 2006.**

    DATED:  July 11, 2006

                                                  BY THE COURT:

                                                  *s/ Phillip S. Figa*

                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge